| | |
|---|---|
| 1 | ADAM L. STRELTZER, Attorney at Law |
|   | California Bar No. 175075 |
| 2 | 1801 Century Park East, Suite 2400 |
|   | Los Angeles, California 90067 |
| 3 | Telephone: (424) 652-8010 |
|   | Facsimile: (424) 652-2296 |
| 4 | Email: adam@streltzer.com |

Attorneys for Judgment Creditor
BRIGHTSTAR FRANCHISING LLC,
an Illinois limited liability company

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| BRIGHTSTAR FRANCHISING LLC, an Illinois limited liability company, | Case No. **2:22-mc-00023** |
|---|---|
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| ACHIEVE HEALTH MANAGEMENT, LLC, a Wyoming limited liability company, | |
| Defendant. | |

I, the undersigned, hereby certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On March 5, 2022, I served a true copy of the following document(s): <u>AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION</u>, by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

    ACHIEVE HEALTH MANAGEMENT, LLC, a Wyoming limited liability company
    2211 Encinitas Blvd.
    Encinitas, CA 92024

/ / /

1     Place of Mailing: Culver City, California.

2     Executed on March 5, 2022, at Culver City, California.

3     I hereby certify that I am a member of the Bar of the United States District
4 Court, Central District of California. I further declare under penalty of perjury under
5 the laws of the State of California and the United States of America that the foregoing
6 is true and correct.

                                        _____
                                        Adam L. Streltzer

---
2
AFFIDAVIT OF SERVICE